## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | |
|---|---|
| Bettie Szymanski, individually, and as Personal Representative of the estate of Chad Patrick LaRoche, | )<br>)<br>)<br>) |
| Plaintiffs, | )  **ORDER** |
| vs. | )<br>) |
| Jared A. Davidson, individually and in his capacity as Williams County Jailer; Scott Busching, individually, and in his capacity as Sheriff; Craig Rooks, individually, and in his capacity as supervisor; Williams County Correctional Center; and Williams County, North Dakota, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| | )  Case No. 4:09-cv-062 |
| Defendants. | ) |

_____

On January 4, 2011, the parties filed a Stipulation for Amended Scheduling/Discovery Plan. The court **ADOPTS** the parties' stipulation (Docket No. 22). The Scheduling/Discovery Plan shall be modified as follows:

4. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

   Plaintiffs will disclose their expert witnesses and their reports by March 1, 2011.

   Defendants will disclose their expert witnesses and their reports by April 1, 2011.

5. The parties shall have until May 1, 2011, to complete discovery depositions of expert witnesses.

**IT IS SO ORDERED.**

Dated this 6th day of January, 2011.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge