## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | |
|---|---|
| Bettie Szymanski, individually, and as Personal Representative of the estate of Chad Patrick LaRoche, | ) ) ) ) |
| Plaintiffs, | ) **ORDER** ) |
| vs. | ) ) |
| Jared A. Davidson, individually and in his capacity as Williams County Jailer; et. al., | ) ) ) Case No. 4:09-cv-062 |
| Defendants. | ) ) |

The court held a status conference with the parties on June 30, 2011. Pursuant to the parties discussions, the court shall amend the pretrial deadlines as follows:

4. Defendant will disclose its expert witnesses and their reports by November 1, 2011; and

10. The parties shall have until December 1, 2011, to file other dispositive motions (summary judgment as to all or part of the case).

In addition, the trial set for August 9, 2011, shall be rescheduled for March 5, 2012, at 9:30 a.m. in Minot before Judge Hovland. An eight (8) day trial is anticipated. The final pretrial conference set for July 26, 2011, shall be rescheduled for February 21, 2012, at 2:00 p.m by telephone before the undersigned. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 30th day of June, 2011.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court