# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Betty Szymanski, individually and as Personal Representative of the estate of Chad Patrick LaRoche, ) ) ) ) | |
| Plaintiff, ) ) ) | **ORDER** |
| vs. ) ) | |
| Jared A. Davidson, individually, and in his capacity as Williams County Jailer; Scott W. Busching, individually, and in his capacity as Sheriff; Craig Rooks, individually, and in his capacity as supervisor; Williams County Correctional Center; and Williams County, North Dakota, ) ) ) ) ) ) ) ) ) ) | Case No. 4:09-cv-062 |
| Defendants. ) | |

Defendants' deadline for disclosing expert witnesses and their reports was November 1, 2011. Docket No. 33. On November 22, 2011, defendants filed a "Motion to Extend Expert Disclosure Deadline." See Docket No. 44. They request that their deadline for expert disclosure be extended until January 15, 2012. They further request a February 15, 2012, deadline for deposing of expert witnesses.

Plaintiff does not oppose defendants' motion. Accordingly, defendants' motion (Docket No. 44) is **GRANTED**. Defendants shall have January 15, 2012, to disclose expert witnesses and their reports. Depositions of expert witnesses shall be completed by February 15, 2012.

**IT IS SO ORDERED.**

Dated this 28th day of November, 2011.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
